PORTER *v.* HARRIS.

ATKINSON, J.   The assignments of error are too indefinite to raise any question for decision by this court.

*Writ of error dismissed.   All the Justices concur.*
NOVEMBER 18, 1916.

Writ of error from Clarke.   Motion to dismiss.

*J. Thomas Heard,* for plaintiff.   *Tate Wright,* for defendant.

---

HUNNICUTT *v.* TALLULAH FALLS RAILWAY COMPANY.

ATKINSON, J.   Under the evidence there was no error in granting a non-suit.                    *Judgment affirmed.   All the Justices concur.*
NOVEMBER 18, 1916.

Action for damages.   Before Judge Jones.   Rabun superior court.   August 30, 1915.

*W. S. Paris, Sisk & West,* and *Claud Estes,* for plaintiff.

*Sam Kimzey, McMillan & Erwin,* and *Blanton Fortson,* for defendant.